THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                           )<br>                          Plaintiff,         )<br>                                                           )<br>            v.                                         )<br>                                                           )<br>TEMEHERTE SHIFERAW BEYENE,  )<br>                                                           )<br>                          Defendants.   )<br>_____ ) | NO. CR05-218L<br><br>ORDER TO CONTINUE<br>TRIAL DATE |

The government moves for a continuance of the trial date until February 2006. Based on the parties' representations and the records and files herein, the Court finds that the testimony of Seattle Police Officers Eugene Schubeck and Bill Bright is essential to the proceedings, and that the officers are unavailable to testify at trial because their presence cannot be obtained by due diligence.  The Court further finds that the ends of justice served by a continuance of the trial date outweigh the best interests of the pubic and the defendant in a speedy trial, and that failure to grant the continuance would likely make the continuation of the proceedings impossible or result in a miscarriage of justice.

For all the foregoing reasons, IT IS HEREBY ORDERED that the trial date is continued from September 28, 2005, to February 28, 2006.

IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Sections 3161(h)(3) and 3161(h)(8)(A), the period of time from September 28, 2005 to the new trial date is excluded in the computation of time under the Speedy Trial Act.

1     Dated this 6th day of September, 2005.

 

                         */s/ Robert S. Lasnik*
                         Robert S. Lasnik
                         United States District Judge